IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA MCVICKER, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 11-245 |
| | ) |
| v. | )   Judge Cathy Bissoon |
| | ) |
| KNIGHT PROTECTIVE SERVICE, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

Consistent with Defendant's filing at Docket Number 40, the Court has confirmed that Defendant has filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code. *See* In re Knight Protective Service, Inc., 12-011011 (PM) (Bankr. D. Md., Greenbelt Div.). Pursuant to 11 U.S.C. § 362, the claims against Defendant are **STAYED**, and this case is **ADMINISTRATIVELY CLOSED**. Lehman v. Revolution Portfolio L.L.C., 166 F.3d 389, 392 & n.3 (1st Cir. 1999) ("[w]e endorse the judicious use of administrative closings by district courts . . . . to await the lifting of the automatic stay imposed by the Bankruptcy Code"); *accord* Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 128 (3d Cir. 2004) (citing with approval rationale in Lehman).

IT IS SO ORDERED.

January 30, 2012                                         s\Cathy Bissoon
                                                                    Cathy Bissoon
                                                                    United States District Judge

cc (via ECF email notification):

All Counsel of Record