**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CHRISTINA MCVICKER,       )
                                   )
              Plaintiff,       )      Civil Action No. 11-245
                                   )
       v.                            )      Judge Cathy Bissoon
                                   )
KNIGHT PROTECTIVE SERVICE,       )
INC.,                                   )
                                   )
              Defendant.       )

## <u>ORDER</u>

At today's Conference, counsel for Defendant has advised that he has been unable to contact his client, that his fees have not been paid and that he likely will be moving to withdraw his appearance. The Court advised counsel that, should he be permitted to withdraw, the Defendant-corporation cannot proceed in federal court "pro se." *See* <u>Evanston Ins. Co. v. Layne Thomas Builders, Inc.</u>, 2010 WL 1213433, *2 (D. Del. Mar. 26, 2010) (holding same, citation omitted).

If Defendant's counsel determines that he will move to withdraw his appearance, he shall do so by **March 7, 2014**. In addition, a telephone hearing/status conference is set for **March 18, 2014 at 2:00 p.m.** If defense counsel moves to withdraw, the session on March 18th will be a hearing on that motion, and a representative of the corporate-Defendant is ordered to participate. If defense counsel does not move to withdraw, the session on March 18th will be a status conference to discuss how this case will proceed.

For the purposes of the March 18th hearing/conference, all participants shall contact the undersigned's Chambers on a single telephone line, and Defendant's counsel shall coordinate the call.

IT IS SO ORDERED.


March 4, 2014                                          s\Cathy Bissoon
                                                      Cathy Bissoon
                                                      United States District Judge

cc (via ECF email notification):

All Counsel of Record